**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN E. FIELDS, | CASE NO. 1:09-cv-01354 LJO DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT |
| vs. | |
| SUE HUBBARD, et al., | (Doc. 11) |
| Defendants. | |

Plaintiff Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2009, this action was dismissed for Plaintiff's failure to comply with the Magistrate Judge's order to submit an application to proceed in forma pauperis or pay the filing fee. On October 19, 2009, Plaintiff filed a document requesting relief from judgment. Although Plaintiff cites Federal Rule of Civil Procedure 59(e), the Court construes the motion as one brought pursuant to Rule 60(b).

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect;. . . or (6) any other reason that justifies relief."

In support of the instant motion, Plaintiff submits his own declaration attesting to his attempts to prepare and timely file his application to proceed in forma pauperis. Upon review, the Court finds

that Plaintiff is entitled to relief from judgment and the Court will, by this order, grant Plaintiff's motion.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for relief from judgment, filed October 19, 2009, is GRANTED;

2. The judgment, entered October 5, 2009, is VACATED; and

3. The order dismissing this action, entered October 5, 2009, is VACATED.

IT IS SO ORDERED.

**Dated:   December 2, 2009**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE