# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>             Plaintiff,<br><br>     v.<br><br>SUE HUBBARD, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-01354-LJO-GBC (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 25) |

On May 31, 2011, Plaintiff Kevin E. Fields filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. *Id.*

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on May 31, 2011.

IT IS SO ORDERED.

**Dated:   June 2, 2011**                   /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1